UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| INTERNATIONAL MARKETS LIVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> PROFIT CONNECT, *et al*., <br><br> Defendants. | Case No. 2:18-cv-02442-GMN-GWF <br><br> **ORDER** |

This matter is before the Court on the parties' Joint Stipulated Discovery Plan and Proposed Scheduling Order Pursuant to FRCP 26(f) and Local Rule 26-1 (ECF No. 22), filed March 22, 2019. The parties request a 365-day discovery period for two reasons: (1) to await a decision on Defendant Silverstar Live Software, LLC's Motion to Dismiss and (2) a 180-day discovery period would be difficult for Defendant Eric Garrison and Profit Connect's counsel to meet because he is a solo practitioner. *Id*.

It appears the parties are indirectly requesting a stay of discovery pending a ruling on the motion to dismiss. The Court therefore denies this request because the parties have failed to set forth a sufficient basis in which to grant the requested 365-day discovery period. Should the parties wish to stay discovery pending a ruling on a dispositive motion, the parties must file a proper motion and explain why Court should grant the stay. Accordingly,

. . .

. . .

. . .

. . .

1

**IT IS HEREBY ORDERED** that the parties' Joint Stipulated Discovery Plan and Proposed Scheduling Order Pursuant to FRCP 26(f) and Local Rule 26-1 (ECF No. 22) is **denied**, without prejudice.

Dated this 25th day of March, 2019.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE