UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| INTERNATIONAL MARKETS LIVE, INC., a New York corporation dba iMARKETSLIVE,<br><br>Plaintiff,<br><br>v.<br><br>PROFIT CONNECT, a Nevada corporation; ERIC GARRISON, an individual; SILVERSTAR LIVE SOFTWARE, LLC, a Florida limited liability company,<br><br>Defendants. | Case No. 2:18-CV-02442-GMN-EJY<br><br>**ORDER** |

IT IS HEREBY ORDERED that the stay entered on May 20, 2919 (ECF No. 19) is lifted. The remaining parties shall, within seven days of the date of this order, meet and confer as defined by Fed. R. Civ. P. 26 regarding a proposed scheduling order. Within seven days after the meet and confer, the remaining parties shall file a proposed scheduling order.

DATED: October 28, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1