P. STERLING KERR, ESQ.
Nevada Bar No. 3978
PETER R. PRATT, ESQ.
Nevada Bar No. 6458
LAW OFFICES OF P. STERLING KERR
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Telephone No. (702) 451–2055
Facsimile No. (702) 451-2077
Email: sterling@sterlingkerrlaw.com
Email: peter@sterlingkerrlaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERNATIONAL MARKETS LIVE, INC., a New York corporation dba iMARKETSLIVE;<br><br>Plaintiffs,<br><br>v.<br><br>PROFIT CONNECT, a Nevada corporation; ERIC GARRISON, an individual; SILVERSTAR LIVE SOFTWARE, LLC, a Florida limited liability company;<br><br>Defendant. | Case No.: 2:18-cv-02442-GMN-GWF |

**STIPULATION AND ORDER FOR DISMISSAL**
**WITH PREJUDICE AND ORDER THEREON**

IT IS HEREBY STIPULATED by and between Plaintiff INTERNATIONAL MARKETS LIVE, INC., a New York corporation dba iMARKETSLIVE, by and through its counsel of record Peter R. Pratt, Esq, of the Law Offices of P. Sterling Kerr, that Plaintiff dismisses Defendants PROFIT CONNECT, a Nevada corporation and ERIC GARRISON, by and through their counsel of record Dale Hayes, Jr. of The Hayes Law Firm, the above-referenced parties have reached an agreement to settle the within matter and therefore mutually dismiss the Complaint with prejudice.

It is further stipulated by and between the parties that all parties shall be responsible for

their own attorney's fees and costs.

Dated this 6th day of November 2019.                    Dated this 6th day of November 2019.

LAW OFFICES OF P. STERLING KERR              THE HAYES LAW FIRM


*/s/ Peter R. Pratt, Esq.*                                          */s/ Dale Hayes, Jr.*
P. STERLING KERR, ESQ.                                  DALE HAYES, JR.
Nevada Bar No. 3978                                          Nevada Bar No. 9056
PETER R. PRATT, ESQ.                                      4735 South Durango Dr., Suite 105
Nevada Bar No. 6485                                          Las Vegas, Nevada 89147
2450 St. Rose Parkway, Suite 120                     (702) 656-0808
Henderson, Nevada 89074                                dhayes@hayeslawNV.com
Telephone No. (702) 451-2055                          *Attorneys for Defendant Profit Connect*
Facsimile No. (702) 451-2077                           *& Eric Garrison*
Email: sterling@sterlingkerrlaw.com
Email: peter@sterlingkerrlaw.com
*Attorneys for Plaintiff*

# ORDER

The Court, having reviewed the Stipulation of the parties, and good causes appearing hereby orders as follows:

IT IS ORDERED Defendants PROFIT CONNECT, a Nevada corporation and ERIC GARRISON, the above-referenced parties have reached an agreement to settle the within matter and therefore mutually dismiss the Complaint with prejudice.

Dated this ___7___ day of November, 2019

_____
Gloria M. Navarro, District Judge
United States District Court

Respectfully submitted,

LAW OFFICES OF P. STERLING KERR

*/s/ Peter R. Pratt, Esq.*
P. STERLING KERR, ESQ.
Nevada Bar No. 3978
PETER R. PRATT, ESQ.
Nevada Bar No. 6458
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Telephone No. (702) 451-2055
Facsimile No. (702) 451-2077
Email: sterling@sterlingkerrlaw.com
Email: peter@sterlingkerrlaw.com
*Attorneys for Plaintiff*